# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN P. KAROLY, JR.,** | : | |
| | : | |
| **Appellant** | : | **CIVIL ACTION NO. 3:13-0138** |
| **v.** | : | **(MANNION, D.J.)** |
| | : | |
| **WILLIAM SCHWAB,** ***Chapter 7 Trustee for the Estate of Cleaview Builders, Inc.,*** | : | |
| | : | |
| **Appellee** | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Mr. Karoly's appeal from the bankruptcy court, (Doc. 1), is **DENIED**;

(2) The bankruptcy court's order denying the appellant's motion for an Order Determining Proceeds Escrowed by the Trustee is **AFFIRMED**;

(3) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 22, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-138-02-ORDER.wpd